U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 2 1 2016
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* Catherine Lembo, )<br><br>Plaintiff, )<br><br>v. )<br><br>ST. JOSEPH'S HOSPITAL HEALTH CENTER, )<br><br>Defendant. ) | Civil Action No. 5:14-CV-850 (TJM/ATB) |

### JOINT STIPULATION OF PARTIAL DISMISSAL

Subject to the terms and conditions of the Federal Settlement Agreement (ECF 14), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), the United States and the relator agree as follows (a) all claims for the Covered Conduct as defined in the Federal Settlement Agreement are dismissed with prejudice as to the United States, and all other claims are dismissed without prejudice to the United States, and (b) all claims are dismissed with prejudice as to the relator except for relator's claims for reasonable expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d), which shall remain pending.

The United States and relator further stipulate that this Court shall have continuing jurisdiction to issue an order with regard to the payment of reasonable expenses necessarily incurred and reasonable attorneys' fees and costs.

Signatures to appear on the following page.

Respectfully submitted,

RICHARD S. HARTUNIAN
United States Attorney

ADAM J. KATZ
Assistant United States Attorney
Bar Roll No. 517894

THOMAS & SOLOMON, LLP

NELSON THOMAS, Esq.
MICHAEL J. LINGLE, Esq.
JONATHAN W. FERRIS, Esq.

**Pursuant to stipulation, it is SO ORDERED**

**Hon. Thomas J. McAvoy**
**Senior United States District Judge**